NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ZOND LLC,**
*Appellant*

v.

**THE GILLETTE COMPANY, ADVANCED MICRO DEVICES, INC., RENESAS ELECTRONICS CORPORATION, RENESAS ELECTRONICS AMERICA, INC., TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., TOSHIBA AMERICA, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA CORPORATION,**
*Appellees*

---

2016-1234, -1235, -1236, -1245, -1246

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00981, IPR2014-00984, IPR2014-00988, IPR2014-01083, IPR2014-01086, IPR2014-01087, IPR2014-00781, IPR2014-00782, IPR2014-00845, IPR2014-00850, IPR2014-00985, IPR2014-00986, IPR2014-01047, and IPR2014-01059.

---

**ON MOTION**

---

## O R D E R

Upon consideration of The Gillette Company's unopposed motion for a 60-day extension of time, until June 20, 2016, for the appellees to file their response briefs,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25